United States District Court
Southern District of Indiana

| | |
|---|---|
| **Indiana Right to Life Victory Fund** and **Sarkes Tarzian, Inc.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Diego Morales**, in his official capacity as Secretary of State, **et al.**,<br><br>*Defendants*. | **Civ. No. 1:21-cv-2796-SEB-TAB** |

## Order Granting Declaratory Judgment and a Permanent Injunction

Plaintiffs Indiana Right to Life Victory Fund ("**Victory Fund**") and Sarkes Tarzian, Inc. ("**Sarkes**") have moved for (**1**) a declaration that IC §§ 3-9-2-4 and 3-9-2-5 are unconstitutional as applied to corporate contributions made to Victory Fund for independent expenditures, including those by Sarkes, and to any state political action committee which engages only in independent expenditures and (**2**) a permanent injunction barring enforcement of IC §§ 3-9-2-4 and 3-9-2-5 by Defendants ("**Indiana**") against corporate contributions made to Victory Fund for independent expenditures, including those by Sarkes, and to any state political action committee which makes only independent expenditures. The Court having considered said motion and being duly advised, now GRANTS said motion.

Accordingly, the Court hereby DECLARES that IC §§ 3-9-2-4 and 3-9-2-5 are unconstitutional as applied to corporate contributions made to Victory Fund for independent expenditures, including those by Sarkes, and to any state political action committee which engages only in independent expenditures; and ORDERS that Indiana is PERMANENTLY ENJOINED from enforcing IC §§ 3-9-2-4 and 3-9-2-5 against corporate contributions made to

Victory Fund for independent expenditures, including those by Sarkes, and to any state political action committee which makes only independent expenditures.

**SO ORDERED** this   1st   day of   October  , 2024.

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system